UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ENZO BIOCHEM, INC., *et al.*,                :

                    Plaintiffs,    :    03 Civ. 3817 (RJS)

       -against-                           :

PERKINELMER, INC., AND PERKINELMER    :
LIFE SCIENCES, INC., *et al.*,
                                  :
                    Defendants.
                                  :
----------------------------------------x

**ORIGINAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-11

## NOTICE OF WITHDRAWAL OF
## AS COUNSEL OF RECORD AND ~~[REDACTED]~~ ORDER

**PLEASE TAKE NOTICE** that attorneys Dyan Finguerra-DuCharme and Rebecca M. McCloskey, formerly of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), are hereby withdrawn as counsel of record in the above-captioned matter for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc., (collectively "PerkinElmer"). Ms. Finguerra-DuCharme and Ms. McCloskey are no longer employed by WilmerHale. The undersigned of WilmerHale will continue to represent PerkinElmer in this action.

     Ms. Finguerra-DuCharme and Ms. McCloskey did not assert a retaining or charging lien.

Dated: September 22, 2011

                                      Respectfully submitted,

                                      /s/ Nels T. Lippert
                                      Nels T. Lippert
                                      WILMER CUTLER PICKERING

> HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel: (212) 230-8800
> Fax: (212) 230-8888
> nels.lippert@wilmerhale.com
>
> *Counsel for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc.*

SO ORDERED

_____
Hon. Richard J. Sullivan
United States District Judge    10/4/11