UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ENZO BIOCHEM, INC., *et al.*,　　　　　　　　　:

　　　　　　　　　　　Plaintiffs,　　:　　03 Civ. 3817 (RJS)

　　　　-against-　　　　　　　　　　:　　MOTION TO ADMIT COUNSEL
　　　　　　　　　　　　　　　　　　　　　　　PRO HAC VICE
PERKINELMER, INC., AND PERKINELMER　:
LIFE SCIENCES, INC., *et al.*,

　　　　　　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　:
------------------------------x

　　　　PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lisa J. Pirozzolo, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer") in the above-captioned action.

　　　　I am in good standing of the bar of the state of Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: October 6, 2011　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Pirozzolo
　　　　　　　　　　　　　　　　　　　　　　　　Lisa J. Pirozzolo
　　　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　(617) 526-6388 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　(617) 526-5000 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　　lisa.pirozzolo@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ENZO BIOCHEM, INC., *et al.*,                :

                      Plaintiffs,        :   03 Civ. 3817 (RJS)

       -against-                    :   **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

PERKINELMER, INC., AND PERKINELMER    :
LIFE SCIENCES, INC., *et al.*,

                      Defendants.        :
------------------------------x

    The motion of Lisa J. Pirozzolo, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of Massachusetts; and her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Lisa J. Pirozzolo |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6388 |
| Fax No.: | (617) 526-5000 |
| Email: | lisa.pirozzolo@wilmerhale.com |

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer") in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED: _____

_____
The Honorable Richard J. Sullivan
United States District Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1992**, said Court being the highest Court of Record in said Commonwealth:

**Lisa Pirozzolo**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **October** in the year of our Lord **two thousand and eleven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ENZO BIOCHEM, INC., *et al.*,                :

                            Plaintiffs,    :    03 Civ. 3817 (RJS)

          -against-          :

PERKINELMER, INC., AND PERKINELMER   :
LIFE SCIENCES, INC., *et al.*,
                                      :

                            Defendants.
                                      :
------------------------------------x

## CERTIFICATE OF SERVICE

    I, Christopher W. Carrion, hereby certify that on October 21, 2011, I served, via First-Class Mail, a true and correct copy of a Motion to Admit Counsel Pro Hac Vice, dated October 6, 2011, on:

Arthur S. Olick
Anderson, Kill, Olick & Oshinsky P.C.
1251 Avenue of the Americas
New York, NY 10020

Mark Lee Weyman
Reed Smith (NYC)
599 Lexington Avenue
New York, NY 10022

Dated: October 21, 2011

                                                */s/ Christopher W. Carrion*