```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ENZO BIOCHEM, INC., *et al.*,        :

                Plaintiffs,   :   03 Civ. 3817 (RJS)

   -against-                       :   **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

PERKINELMER, INC., AND PERKINELMER   :
LIFE SCIENCES, INC., *et al.*,

                Defendants.   :

------------------------------------x

      The motion of Lisa J. Pirozzolo, for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of Massachusetts; and her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Lisa J. Pirozzolo |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6388 |
| Fax No.: | (617) 526-5000 |
| Email: | lisa.pirozzolo@wilmerhale.com |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer") in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

SO ORDERED.
Date: 10/25/11

RICHARD J. SULLIVAN
U.S.D.J.