UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC.,*et al.*,

        Plaintiffs,

       -v-

AMERSHAM PLC, *et al.*,

        Defendants.

No. 02 Civ. 8448 (RJS)

---

ENZO BIOCHEM, INC.,*et al.*,

        Plaintiffs,

       -v-

MOLECULAR PROBLES, INC., *et al.*,

        Defendants.

No. 03 Civ. 3816 (RJS)

---

ENZO BIOCHEM, INC.,*et al.*,

        Plaintiffs,

       -v-

PERKINELMER, INC., *et al.*,

        Defendants.

No. 03 Civ. 3817 (RJS)

---

ENZO BIOCHEM, INC.,*et al.*,

        Plaintiffs,

       -v-

ORCHID BIOSCIENCES, INC., *et al.*,

        Defendants.

No. 03 Civ. 3819 (RJS)

---



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-11

28293620_1

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Dahila Argaez Wendlandt, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts and that her contact information is as follows:

> Dalila Argaez Wendlandt
> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> (617) 951-7884
> Dalila.wendlandt@ropesgray.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Yale University in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned actions pending in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall immediately apply for a Southern District of New York ECF username and password, if not already registered for ECF.

Dated: 10/27/11

_____
United States District / Magistrate Judge

-2-

28293620_1