UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>        Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>        Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>        Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>        Plaintiffs,<br><br>  -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>        Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                 Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                 Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br>                 Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                 Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br>                 Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                 Defendants. | No. 04 Civ. 4046 (RJS) |

### NOTICE OF APPEARANCE OF JUSTIN A. MACLEAN

PLEASE TAKE NOTICE that Justin A. MacLean, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated: November 11, 2011
       New York, New York

                                                  By:   /s/   Justin A. MacLean
                                                        Justin A. MacLean (JM 5868)
                                                        GREENBERG TRAURIG, LLP
                                                        MetLife Building
                                                        200 Park Avenue
                                                        New York, New York  10166
                                                        Telephone:  (212) 801-3137
                                                        Facsimile:   (212) 801-6400
                                                        E-mail: macleanj@gtlaw.com