UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, <br><br>       Plaintiffs, <br><br>  -v- <br><br> AMERSHAM PLC, *et al.*, <br><br>       Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br>       Plaintiffs, <br><br>  -v- <br><br> MOLECULAR PROBES, INC., *et al.*, <br><br>       Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br>       Plaintiffs, <br><br>  -v- <br><br> PERKINELMER, INC., *et al.*, <br><br>       Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br>       Plaintiffs, <br><br>  -v- <br><br> ORCHID BIOSCIENCES, INC., *et al.*, <br><br>       Defendants. | No. 03 Civ. 3819 (RJS) |

*NY 241,625,323v1 11-11-11*

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                         Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                         Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br>                         Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                         Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br>                         Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                         Defendants. | No. 04 Civ. 4046 (RJS) |

### NOTICE OF APPEARANCE OF SCOTT J. BORNSTEIN

      PLEASE TAKE NOTICE that Scott J. Bornstein, Esq. of Greenberg Traurig, LLP hereby appears as lead counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

*NY 241,625,323v1 11-11-11*

Dated:  November 11, 2011
       New York, New York

                              By:   /s/   Scott J. Bornstein
                                    Scott J. Bornstein (SB 2280)
                                    GREENBERG TRAURIG, LLP
                                    MetLife Building
                                    200 Park Avenue
                                    New York, New York  10166
                                    Telephone:  (212) 801-2172
                                    Facsimile:   (212) 801-6400
                                    E-mail: bornsteins@gtlaw.com