Sullivan, J

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al.*,            )
                                          )
                    Plaintiffs,           )
                                          )
vs.                                       )   CIVIL ACTION NO. 03cv3817 (RJS)
                                          )
PERKINELMER, INC., AND PERKINELMER       )
LIFE SCIENCES, INC., *et al.*,           )
                                          )
                    Defendants.           )
                                          )

### NOTICE OF WITHDRAWAL OF NELS T. LIPPERT
### AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Nels T. Lippert, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record in the above-captioned matter for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc., (collectively "PerkinElmer"). Mr. Lippert is no longer associated with this case. Defendants remain represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Lippert did not assert a retaining or charging lien.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012
```

Dated: November 14, 2012

Respectfully submitted,

Nels T. Lippert
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
nels.lippert@wilmerhale.com

*Counsel for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*

SO ORDERED

Hon. Richard J. Sullivan
United States District Judge

11/14/12