UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Enzo Biochem, Inc. ET AL.

                  Plaintiff,

     -against-

Perkinelmer, ET AL.

                Defendant.

--------------------------------------------------------

Case No.  03-cv-03817 (RJS)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending             ☑    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Jonathan D. Ball
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __JB 2580_____    My State Bar Number is __4137907_____

I am,

☑    An attorney

☐    A Government Agency attorney

☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  King and Spalding, LLP _____
                    FIRM ADDRESS: 1185 Avenue of the America, NY, NY10036 ___
                    FIRM TELEPHONE NUMBER: 212-556-2100 _____
                    FIRM FAX NUMBER: 212-5562222 _____

NEW FIRM:    FIRM NAME:  Greenberg Traurig, LLP _____
                    FIRM ADDRESS: 200 Park Ave.  NY, NY 10166 _____
                    FIRM TELEPHONE NUMBER: 212-801-9200 _____
                    FIRM FAX NUMBER: 212-801-6400 _____

☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated: 11/15/2012

                    s/ Jonathan D. Ball
                    ATTORNEY'S SIGNATURE