UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 02 Civ. 8448 (RJS) |
| AMERSHAM PLC, *et al.*, | |
| Defendants. | |
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3816 (RJS) |
| MOLECULAR PROBES, INC., *et al.*, | |
| Defendants. | |
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3817 (RJS) |
| PERKINELMER, INC., *et al.*, | |
| Defendants. | |
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3819 (RJS) |
| ORCHID BIOSCIENCES, INC., *et al.*, | |
| Defendants. | |

*NY 242603819v1*

| | |
|---|---|
| AFFYMETRIX, INC., | |
| Plaintiff, | |
| -v- | No. 03 Civ. 8907 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | |
| Defendants. | |
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| -v- | No. 04 Civ. 1555 (RJS) |
| AFFYMETRIX, INC., | |
| Defendant. | |
| ROCHE DIAGNOSTICS GMBH, | |
| Plaintiff, | |
| -v- | No. 04 Civ. 4046 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

Enzo Biochem, Inc., and Enzo Life Sciences, Inc.

I certify that I am admitted to practice in this court.

Dated:   November 14, 2012
         New York, New York

By:   _Jonathan Ball_

Jonathan D. Ball (JB 2580)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-2223
Facsimile:  (212) 801-6400
E-mail: ballj@gtlaw.com