UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERKIN ELMER, INC., and PERKINELMER LIFE SCIENCES, INC., <br><br> Defendants, <br><br> and YALE UNIVERSITY, <br><br> Nominal Defendant. | CIVIL ACTION NO. 03cv3817 (RJS) |

**NOTICE OF PERKINELMER'S MOTION FOR SUMMARY JUDGMENT ON NON-PATENT CLAIMS AND RELATED DEFENSES**

PLEASE TAKE NOTICE that upon the Memorandum In Support Of PerkinElmer, Inc. And PerkinElmer Life Sciences, Inc.'s Motion For Summary Judgment On Non-Patent Issues And Related Defenses (FILED UNDER SEAL), dated December 21, 2012, the accompanying Declaration of Omar A. Khan and the exhibits attached thereto (FILED UNDER SEAL), PerkinElmer, Inc. And PerkinElmer Life Sciences, Inc.'s Statement Pursuant To Local Rule 56.1 (FILED UNDER SEAL), and upon all the papers and pleadings filed in these actions, defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc., by the undersigned attorney, will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil

Procedure 56 granting PerkinElmer, Inc. And PerkinElmer Life Sciences, Inc.'s Motion For Summary Judgment On Non-Patent Issues And Related Defenses.

Dated: December 21, 2012

/s/ Omar A. Khan

Omar A. Khan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: 212-230-8800
F: 212-230-8888

*Attorneys for PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*

Of Counsel:
William G. McElwain (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6300

Lisa J. Pirozzolo (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000