UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et uno.*,<br><br>       Plaintiffs,<br><br>-v-<br><br>AMERSHAM PLC, *et al.*,<br><br>       Defendants. | No. 02 Civ. 8448 (RJS)<br>No. 03 Civ. 3816 (RJS)<br>No. 03 Civ. 3817 (RJS)<br>No. 03 Civ. 3819 (RJS)<br>No. 03 Civ. 8907 (RJS)<br>No. 04 Civ. 1555 (RJS)<br>No. 04 Civ. 4046 (RJS) |

### NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Jeffrey R. Mann hereby appears as counsel on behalf of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. The undersigned certifies that he is admitted to practice in this Court and further requests that copies of all papers in this action be served upon the undersigned.

Dated: January 10, 2013
     New York, New York

               By: *[signature]*
                  Jeffrey R. Mann
                  GREENBERG TRAURIG, LLP
                  MetLife Building
                  200 Park Avenue
                  New York, New York 10166
                  Telephone: (212) 801-2111
                  Facsimile: (212) 801-6400
                  E-mail: mannj@gtlaw.com