IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>PERKINELMER, INC., and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>　　　　　　　Defendants,<br><br>and YALE UNIVERSITY,<br><br>　　　　　　　Nominal Defendants. | CIVIL ACTION NO. 03cv3817 (RJS)<br><br><br>**ORAL ARGUMENT<br>REQUESTED** |

### RENEWED NOTICE OF PERKINELMER'S MOTION FOR SUMMARY JUDGMENT ON NON-PATENT CLAIMS AND RELATED DEFENSES

PLEASE TAKE NOTICE that pursuant to the Court's January 30, 2013 Order (Dkt. No. 98), defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer") hereby file this Renewed Notice of Motion, and further move this Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting PerkinElmer's Motion for Summary Judgment on Non-Patent Claims and Related Defenses. PerkinElmer incorporates by reference as if fully set forth herein the following: PerkinElmer's December 21, 2012 Memorandum in Support of PerkinElmer's Motion for Summary Judgment on Non-Patent Issues and Related Defenses (Dkt. No. 94 – filed under seal), the accompanying declaration of Omar A. Khan (Dkt. No. 94 – filed under seal), and all of the exhibits attached to that declaration (Dkt. No. 94 – filed under seal), PerkinElmer's statement pursuant to Local Rule 56.1 (Dkt. No. 94 –

filed under seal), all prior pleadings, papers and proceedings herein, and all other matters as to which the Court must or may take judicial notice.

Dated: April 11, 2013

/s/ Omar A. Khan

Omar A. Khan
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
T: 212-230-8800
F: 212-230-8888

*Attorneys for PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*

Of Counsel:
William G. McElwain *(admitted pro hac vice)*
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6300

Lisa J. Pirozzolo (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02019
(617) 526-6000