UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> AMERSHAM PLC, *et al.*, <br><br> Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MOLECULAR PROBES, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> PERKINELMER, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> ORCHID BIOSCIENCES, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., | |
| Plaintiff, | |
| -v- | No. 03 Civ. 8907 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | |
| Defendants. | |
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| -v- | No. 04 Civ. 1555 (RJS) |
| AFFYMETRIX, INC., | |
| Defendant. | |
| ROCHE DIAGNOSTICS GMBH, | |
| Plaintiff, | |
| -v- | No. 04 Civ. 4046 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF RONAD D. LEFTON

PLEASE TAKE NOTICE that Ronald D. Lefton, Esq. of Greenberg Traurig, LLP

hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and

demands that all papers in this action be served upon the undersigned. I certify that I am

admitted to practice in this court.

Dated:   New York, New York
   April 29, 2013

      By:   /s/  Ronald D. Lefton
         Ronald D. Lefton
         GREENBERG TRAURIG, LLP
         MetLife Building
         200 Park Avenue
         New York, New York  10166
         Telephone:  (212) 801-9200
         Facsimile:  (212) 801-6400
         E-mail: leftonr@gtlaw.com