**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC. et al.,

    Plaintiff,

-against-

AMERSHAM PLC, et al.

    Defendants.

AND RELATED CASES NAMING MOLECULAR PROBES, INC.; PERKIN ELMER, INC.; ORCHID BIOSCIENCES, INC.; SIGMAN-ALDRICH CORP.; AFFYMETRIC, INC.; ROCHE DIAGNOSTICS GMBH; AND ROCHE MOLECULAR SYSTEMS, INC. AS DEFENDANTS AND/OR DECLARATORY JUDGMENT PLAINTIFFS

Civil Action No: 02-CV-8448 (JES)

03 CV 3816 (JES)
03 CV 3817 (JES)
03 CV 3819 (JES)
03 CV 3820 (JES)
03 CV 8907 (JES)
03 CV 1555 (JES)
03 CV 4046 (JES)

### NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE**, that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, GORDON & REES LLP hereby respectfully moves to withdraw the appearance of Mercedes Colwin, Esq. as the attorney of record for Defendants MOLECULAR PROBES, INC., in the above captioned proceeding.

Wherefore, the undersigned respectfully requests that Defendants be granted their motion to withdraw the appearance of Mercedes Colwin, Esq. in this matter.

Date: May 6, 2013

On June 25, 2013, the Court directed Ms. Colwin to make factual submissions in support of this motion to withdraw. Having received no further information from Ms. Colwin, her motion is HEREBY DENIED without prejudice to renewal.

Mercedes Colwin, Esq.
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Tel. (212) 269-5500
Fax (212) 269-5505

SO ORDERED
Dated: 7/1/13

RICHARD J. SULLIVAN
U.S.D.J.