IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., | : | |
| Plaintiffs, | : | No. 03 civ. 3817(RJS) |
| v. | : | |
| PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC., | : | |
| Defendants, | : | |
| and, | : | |
| YALE UNIVERSITY, | : | |
| Nominal Defendant | : | |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam D. Cole of the firm Cousins, Chipman & Brown LLP hereby appears as counsel in this case for Enzo Biochem, Inc. and Enzo Life Sciences, Inc., certifies that he is admitted to practice in this Court, and requests that all papers in this action be served on him at the address stated below.

Dated: New York, New York
November 27, 2013

COUSINS CHIPMAN & BROWN, LLP

By: */s/ Adam D. Cole*
Adam D. Cole
380 Lexington Avenue
17th Floor
New York, New York 10168
cole@ccbllp.com
Tel:   (212) 551-1152
Fax:   (302) 295-0199