UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br> Plaintiffs, <br> v. <br><br> PERKINELMER, INC., and PERKINELMER LIFE SCIENCES, INC., <br><br> Defendants, <br><br> and YALE UNIVERSITY, <br><br> Nominal Defendant | No. 03cv3817 (RJS) <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua Lloyd Stern of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 1875 Pennsylvania Avenue, NW, Washington, DC 20006, hereby appears on behalf of Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. I hereby certify that I am admitted to practice in this District and am a member in good standing of this court.

Dated:   Washington, D.C.
         December 6, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Joshua Lloyd Stern
Joshua Lloyd Stern
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (fax)

ActiveUS 118453694v.1