UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

ENZO BIOCHEM, INC. and ENZO
LIFE SCIENCES, INC.          Plaintiff,

Case No. 03 civ. 3817 (RJS)

-against-

PERKINELMER, INC. and
PERKINELMER LIFE SCIENCES, IN   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending              [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Adam D. Cole**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AD1335          My State Bar Number is 2429967

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Greenberg Traurig
             FIRM ADDRESS: MetLife Building, 200 Park Avenue, NY, NY
             FIRM TELEPHONE NUMBER: 212-801-9200
             FIRM FAX NUMBER: 212-801-6400

NEW FIRM:    FIRM NAME: Cousins Chipman & Brown, LLP
             FIRM ADDRESS: 380 Lexington Avenue, 17th Floor, NY, NY 10168
             FIRM TELEPHONE NUMBER: 212-551-1152
             FIRM FAX NUMBER: 302-295-0199

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/9/2014

ATTORNEY'S SIGNATURE