IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ENZO BIOCHEM, INC. and              :
ENZO LIFE SCIENCES, INC.,           :
                                    :
               Plaintiffs,   :   No. 03 civ. 3817(RJS)
                                    :
         v.                    :   **ECF Case**
                                    :
PERKINELMER, INC. and               :
PERKINELMER LIFE SCIENCES, INC.,    :
                                    :
               Defendants,   :
                                    :
and,                                :
                                    :
YALE UNIVERSITY,                    :
                                    :
           Nominal Defendant   :
---------------------------------------------------------------x

**NOTICE OF SUBPOENA TO THE LISTED THIRD PARTY
FOR DEPOSITION AND THE PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** in accordance with Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs will serve a subpoena to take the deposition upon oral examination of the person and entity listed on the attached schedule at the location and time indicated, through the officer(s), director(s), agent(s), or such other person(s) with the most knowledge concerning the topics listed on Schedule B of the subpoena.  The deposition will take place before a notary public or other officer authorized to administer oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will be recorded by stenographic means.  The deposition will continue from day to day until complete, excluding Saturdays, Sundays and holidays.

**PLEASE TAKE FURTHER NOTICE** in accordance with Rule 45 of the Federal Rules of Civil Procedure, the entity listed on the attached schedule will be required to produce and permit inspection and copying of the materials designated in Schedule A to the subpoena at the location and time indicated, or at such other place mutually agreed upon by the parties.  A copy of the subpoena is attached hereto.

Dated: New York, New York
       January 14, 2014

                                            COUSINS CHIPMAN & BROWN, LLP

                                            By:    */s/ Adam D. Cole*
                                                    Adam D. Cole
                                           380 Lexington Avenue
                                           17th Floor
                                           New York, New York 10168
                                           cole@ccbllp.com
                                           Tel:    (212) 551-1152
                                           Fax:    (302) 295-0199

                                           *Co-Counsel for Plaintiffs*
                                           *Enzo Biochem, Inc. and*
                                           *Enzo Life Sciences, Inc.*