UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ENZO BIOCHEM, INC., *et al.*,                    :

                      Plaintiffs,    :

                  -against-       :   03 Civ. 3817 (RJS)

PERKINELMER, INC., AND PERKINELMER   :
LIFE SCIENCES, INC., *et al.,*

                            :

                   Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.  I certify that I am admitted to practice in this court.

DATED:  January 22, 2014                          Respectfully Submitted,

                                                           /S/ Robert J. Gunther, Jr._____
                                                           Robert J. Gunther, Jr.
                                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                                           7 World Trade Center
                                                           250 Greenwich Street
                                                           New York, NY 10007
                                                           (212) 230-8800
                                                           (212) 230-8888 (fax)
                                                           Robert.Gunther@wilmerhale.com