UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-2014
```

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' joint letter dated January 22, 2014. Plaintiffs' request for a month-long adjournment is DENIED. (Doc. No. 133.) The parties shall adhere to the schedule set forth in the Court's Order dated November 11, 2013. (Doc. No. 121.)

SO ORDERED.

DATED:    January 23, 2014
               New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE