**GT GreenbergTraurig**

Jeffrey R. Mann
Tel (212) 801-2111
Fax (212) 224-6125
mannj@gtlaw.com

January 24, 2014

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:   *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al., No. 03 Civ. 3817 (RJS)*

Dear Judge Sullivan:

Reference is made to your Honor's Order, dated January 23, 2014 (Doc. 133), denying Enzo's request for an adjournment of the current schedule in this action.

In light of the Court's ruling, Enzo respectfully requests a limited extension of one week to January 30, 2014, of the dates for the filing of the parties' expert reports and, with one exception, for the completion of currently noticed discovery. Separately, Enzo also requests a further extension of the deadline for completion of discovery until February 5, 2014, solely in order to take the deposition of third-party witness Amersham/General Electric, the largest customer of PerkinElmer for Enzo Products, who has refused to produce its witness until that date, despite being fully aware of the pretrial schedule in this action.

I communicated these requests to William McElwain and Omar Khan, counsel to PerkinElmer this morning. Mr. Khan, citing the Court's January 23 Order, declined to agree to our proposal regarding the relaxation of any of these dates, other than to agree that the 30(b)(6) deposition of Enzo may be taken on January 29, 2014, in light of the unavailability of the witness on January 27, the date on which the deposition was originally noticed..

Respectfully submitted,

/s/ Jeffrey R. Mann
Jeffrey R. Mann
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166

cc:  All Counsel of Record