UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-14

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Plaintiffs' letter, dated January 24, 2014, requesting various adjournments. (Doc. No. 135.) IT IS HEREBY ORDERED THAT the deadline for filing opening expert reports is extended from Friday, January 24, 2014 until Tuesday, January 28, 2014. IT IS FURTHER ORDERED THAT the parties may proceed with the third-party deposition, referenced in Plaintiffs' letter, which is currently scheduled for February 5, 2014. IT IS FURTHER ORDERED THAT the parties may proceed with the party deposition, also referenced in Plaintiffs' letter, which is currently scheduled for January 29, 2014. All other adjournment requests are DENIED. The parties shall otherwise adhere to the schedule set forth in the Court's Order dated November 11, 2013. (Doc. No. 121.)

SO ORDERED.

DATED:      January 24, 2014
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE