UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>            Plaintiffs,<br>        v.<br><br>PERKINELMER, INC. and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>            Defendants. | : : : : : : : : : : : : : | No. 03-CV-3817 (RJS)<br><br>**DECLARATION OF LAUREN B. GRASSOTTI, ESQ. IN SUPPORT OF MOTION TO COMPEL** |

---

I, Lauren B. Grassotti, declare as follows:

1. I am an associate in the New York office of Greenberg Traurig LLP, located at 200 Park Avenue, New York, NY 10166.  I submit this declaration in support of Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s (collectively, "Enzo") Motion to Compel Molecular Probes, Inc. ("MPI").  This declaration is based upon facts of which I have personal knowledge.  If called upon as a witness, I could and would testify competently to these facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action to Molecular Probes, Inc., dated January 9, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of an email from E. Jaegers, Esq. to R. Lefton, Esq., dated December 3, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of an email from L. Grassotti, Esq. to E. Jaegers, Esq., dated December 9, 2013, attaching an Amended Schedule B of the Subpoena to Testify at a Deposition in a Civil Action to Molecular Probes, Inc.

5. Attached hereto as Exhibit D is a true and correct copy of Molecular Probes, Inc.'s Objections to Third-Party Subpoena to Testify at Deposition in a Civil Action, dated December 17, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of Molecular Probes, Inc.'s Objections to Third-Party Subpoena to Testify at Deposition in a Civil Action, dated December 18, 2013.

7. Attached hereto as Exhibit F is a true and correct copy of an email from L. Grassotti, Esq. to K. Johnson, dated December 17, 2013.

8. Attached hereto as Exhibit G is a true and correct copy of a letter from R. Lefton, Esq. to K. Johnson, Esq., dated January 7, 2014.

9. Attached hereto as Exhibit H is a true and correct copy of the email from K. Johnson, Esq. to L. Grassotti, Esq., dated January 17, 2014.

10. Attached hereto as Exhibit I is a true and correct copy of the Subpoena to Testify at A Deposition in a Civil Action to Molecular Probes, dated December 3, 2013.

11. Attached hereto as Exhibit J is a true and correct copy of an email from L. Grassotti to K. Johnson with the corrected and revised subpoena attached, dated December 17, 2013.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2014

                                                                           Lauren B. Grassotti