**Grassotti, Lauren B. (Assoc-NY-LT)**

| | |
|---|---|
| **From:** | Jaegers, Eric M. <Eric.Jaegers@troutmansanders.com> |
| **Sent:** | Monday, December 09, 2013 7:08 PM |
| **To:** | Lefton, Ronald D. (Shld-NY-LT) |
| **Cc:** | Grassotti, Lauren B. (Assoc-NY-LT) |
| **Subject:** | RE: Subpoena |

We are still agreeable to accepting service – just thought that what you sent was a draft (I noticed some irregularities in page 1 of the subpoena as if it weren't finished) and wasn't sure if the attachments would change at all if they were a draft.

**From:** LeftonR@gtlaw.com [mailto:LeftonR@gtlaw.com]
**Sent:** Monday, December 09, 2013 4:04 PM
**To:** Jaegers, Eric M.
**Cc:** grassottil@gtlaw.com
**Subject:** RE: Subpoena

That was the final subpoena but an amended schedule is coming to you shortly from Lauren Grassotti. Are you not accepting service?  We can obviously discuss dates and locations etc.

**From:** Jaegers, Eric M. [mailto:Eric.Jaegers@troutmansanders.com]
**Sent:** Monday, December 09, 2013 7:01 PM
**To:** Lefton, Ronald D. (Shld-NY-LT)
**Subject:** RE: Subpoena

Ron – our client asked me to reach out regarding the subpoena to MPI in the PE case.  Could you send me the final/formal subpoena (or were you waiting to have a call to discuss suitable dates/locations for production and testimony before serving it)?

Thanks.  Eric

**From:** LeftonR@gtlaw.com [mailto:LeftonR@gtlaw.com]
**Sent:** Tuesday, December 03, 2013 3:55 PM
**To:** Jaegers, Eric M.
**Subject:** Re: Subpoena

Thanks. Talk soon. Ron

-------------------------
Ronald Lefton
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

**From**: Jaegers, Eric M. [mailto:Eric.Jaegers@troutmansanders.com]
**Sent**: Tuesday, December 03, 2013 06:47 PM Eastern Standard Time
**To**: Lefton, Ronald D. (Shld-NY-LT)
**Subject**: RE: Subpoena

Ron – we will accept service of the subpoena without waiver of or prejudice to any objections that MPI might have (other than to service of the subpoena itself).  Thanks.  Eric

1

**From:** LeftonR@gtlaw.com [mailto:LeftonR@gtlaw.com]
**Sent:** Tuesday, December 03, 2013 2:37 PM
**To:** Jaegers, Eric M.
**Subject:** Subpoena

Eric:  As we discussed, attached is a subpoena to MPI.  We can talk about dates and content.  It is for both production and testimony.  I assure you I am not looking for a trip out west if I can avoid it.  Please confirm that you will accept service on behalf of MPI without waiver of or prejudice to any objections you might have other than to service itself.  Ron

**Ronald D. Lefton**
Shareholder
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.3159 | Fax 212.224.6116
LeftonR@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and

delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.