# Grassotti, Lauren B. (Assoc-NY-LT)

| | |
|---|---|
| **From:** | Grassotti, Lauren B. (Assoc-NY-LT) |
| **Sent:** | Tuesday, December 17, 2013 7:02 PM |
| **To:** | 'kjohnson@parsonsbehle.com' |
| **Cc:** | Lefton, Ronald D. (Shld-NY-LT) |
| **Subject:** | Enzo v. PerkinElmer |
| **Attachments:** | 12.17.13 MPI subpoena.pdf |

Dear Kristine,

As we discussed today, attached is a corrected and revised subpoena to MPI which designates the Southern District of New York as the issuing court and the place for compliance.  This subpoena is otherwise identical to the earlier version that you have and incorporates the Amended Schedule B that we sent you last week.  As we also discussed, we are available to meet and confer tomorrow to discuss MPI's objections to the subpoena, which we understand you will be serving tonight.   Finally, as I mentioned on the phone, to the extent that MPI does file a motion to quash this week, we agree not to raise any objections as to the timeliness of any such motion.

Regards,
Lauren

**Lauren B. Grassotti**
Associate
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.6765 | Fax 212.801.6400 | Cell 917.763.8053
grassottil@gtlaw.com | www.gtlaw.com

