## Grassotti, Lauren B. (Assoc-NY-LT)

| | |
|---|---|
| **From:** | Kristine E. Johnson <KJohnson@parsonsbehle.com> |
| **Sent:** | Friday, January 17, 2014 6:50 PM |
| **To:** | Grassotti, Lauren B. (Assoc-NY-LT) |
| **Subject:** | Enzo/PE Eugene document review |
| **Attachments:** | agreement regarding Eugene production.docx |

Lauren-

Attached is a proposed agreement regarding the document review on Monday.  The address of the facility is:

4040 W. 11th Ave.
Eugene, OR 97402
(541) 485-5000

There will be a paralegal from my office, Didi Bowles, who will be there to provide access and supervise the review. I've been told that the storage facility does not have particularly good heating, so you may want to let them know to dress warmly.

Kris
Kristine E. Johnson | Attorney at Law
201 South Main Street, Suite 1800 | Salt Lake City, Utah 84111 Main 801.532.1234 | Direct 801.536.6835 | Fax 801.536.6111 parsonsbehle.com

CONFIDENTIALITY NOTICE:  This electronic mail message and any attachment are confidential and may also contain privileged attorney-client information or work product.  The message is intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at 801.532.1234, and delete this original message.

--

*Enzo Biochem, Inc. and Enzo Life Sciences, Inc. v. PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*,

United States District Court for the Southern District of New York, 03-CV-3817

Stipulation and Agreement Regarding January 20, 2014 Document Review in Eugene, OR

Molecular Probes, Inc. ("MPI") and Enzo Biochem, Inc. and Enzo Life Sciences, Inc. ("Enzo") stipulate and agree to the following terms regarding the review of certain MPI hard copy documents to take place in Eugene, OR on January 20, 2014:

1. The review will take place at an off-site storage facility located at 4040 W. 11th Ave., Eugene, OR 97402. Ben Shiffman and Seth Allen from Greenberg Traurig will perform the review. The review will begin at 9:00 a.m.

2. MPI and Enzo agree that there will be no waiver of the attorney-client or work-product immunity or any other applicable privilege or immunity from discovery.

3. Mr. Shiffman and Mr. Allen will not take photographs of any documents, take notes, or place telephone calls while performing the review, and will leave any briefcases, litigation bags or suitcases outside the review area.

4. Mr. Shiffman and Mr. Allen shall designate any documents Enzo requests production of, and MPI shall then review the designated documents for privilege and responsiveness prior to production.


Dated:  this ___ day of January, 2014.


_____          _____
Lauren Grassotti                                                  Kristine E. Johnson
Greenberg Traurig, LLP                                   Parsons Behle & Latimer
Counsel for Enzo                                               Counsel for MPI

4817-4465-4616.1