```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-14
```

**WILMERHALE**

January 27, 2014

Robert J. Gunther, Jr.

**By Email**

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al.*, No. 03 Civ. 3817 (RJS)

Dear Judge Sullivan:

Reference is made to the Court's Order, dated January 24, 2014 (Dkt. No. 137), which, *inter alia*, granted, in part, Enzo's request for an extension of the deadline for the submission of opening expert reports.

In light of the Court's Order, Defendants PerkinElmer Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer") respectfully request a reciprocal extension of two business days, to February 18, for the submission of rebuttal expert reports. This is PerkinElmer's first request for an extension of the deadline for submitting rebuttal expert reports, which are currently due February 14. This extension will preserve the three-week response period afforded PerkinElmer in the Court's November 11, 2013 schedule and will not affect any other scheduled dates. Counsel for PerkinElmer contacted Jeffrey Mann, counsel to Enzo, and Enzo does not oppose this request.

Respectfully submitted,

By: /s/ Robert J. Gunther, Jr.

Robert J. Gunther, Jr.
WILMERHALE LLP
250 Greenwich Street
New York, NY 10007
T: 212-230-8830
robert.gunther@wilmerhale.com

cc: Counsel of Record

SO ORDERED
Date: /s/ RICHARD J. SULLIVAN
U.S.D.J.
1/27/14

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington