# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ENZO BIOCHEM, INC. and
ENZO LIFE SCIENCES, INC.

                    Plaintiffs,

v.

PERKINELMER, INC. and
PERKINELMER LIFE SCIENCES, INC.,

                    Defendants.

------------------------------------------------------------x

No. 03-CV-3817 (RJS)

**AFFIRMATION OF SERVICE**

LAUREN B. GRASSOTTI, an attorney duly admitted to practice law in the State of New York, affirms the following, under the penalties of perjury:

1. I am an associate with Greenberg Traurig, LLP at MetLife Building, 200 Park Avenue, New York, New York 10166, counsel for Plaintiffs Enzo Biochem, Inc., and Enzo Life Sciences, Inc., (together "Enzo") in the above-referenced action.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 28, 2014 at 1:15 a.m. EST (January 27, 2014 11:15 p.m. MST), I served true and correct copies of Enzo's Notice of Motion pursuant to Federal Rules of Civil Procedure 26 and 45 to compel Molecular Probes, Inc. to comply with the Subpoena To Testify At A Deposition In A Civil Action, Memorandum of Law in Support of Plaintiff's Motion to Compel, and Exhibits A-I to the January 27, 2014 Declaration of Lauren B. Grassotti, in the above-captioned action on Kristin E. Johnson, Esq., counsel for Molecular Probes, Inc., by electronic mail at kjohnson@parsonsbehle.com.

4.      On January 28, 2014 at 2:53 p.m EST, I served true and correct copies of the January 27, 2014 Declaration of Lauren B. Grassotti, and Exhibit J attached thereto in the above-captioned action on Kristin E. Johnson, Esq., counsel for Molecular Probes, Inc., by electronic mail at kjohnson@parsonsbehle.com.

Dated: New York, New York
        January 28, 2014

                                             /s/ Lauren B. Grassotti
                                             Lauren B. Grassotti