UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. and <br> ENZO LIFE SCIENCES, INC. <br> <br> Plaintiffs, <br> v. <br> <br> PERKINELMER, INC. and <br> PERKINELMER LIFE SCIENCES, INC., <br> <br> Defendants. | x <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> x | No. 03-CV-3817 (RJS) <br> <br> **AFFIDAVIT OF** <br> **SERVICE** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Benjamin K. Shiffman, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside in New York, New York. I am not a party to this action.

2. On January 28, 2014, I caused to be served Enzo's Notice of Motion pursuant to Federal Rules of Civil Procedure 26 and 45 to compel Molecular Probes, Inc. to comply with the Subpoena To Testify At A Deposition In A Civil Action, Memorandum of Law in Support of Plaintiff's Motion to Compel, January 27, 2014 Declaration of Lauren B. Grassotti and Exhibits A-J attached thereto, in the above-captioned action, by UPS overnight delivery upon on Kristine E. Johnson, Esq., counsel for Molecular Probes Inc., Parsons, Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, UT 84111.

_____
Benjamin K. Shiffman

Sworn to before me this
28th day of January 2014

_____
Notary Public

NY 243540446v1

CHRISTY SCHAEFFER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-4769958
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES AUG 31, 2014