UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-14

No. 03 Civ. 3817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Plaintiffs' Motion to Compel Molecular Probes, Inc. ("MPI") to Comply with Subpoena. (Doc. No. 138.) IT IS HEREBY ORDERED THAT MPI shall submit a response by Friday, February 7, 2014. IT IS FURTHER ORDERED THAT Plaintiffs must effect service of this Order upon MPI by email and mail no later than Saturday, February 1, 2014.

SO ORDERED.

DATED:      January 31, 2014
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE