IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
ENZO BIOCHEM, INC. and                  :
ENZO LIFE SCIENCES, INC.,               :
                                        :
                Plaintiffs,             :   No. 03 civ. 3817(RJS)
                                        :
        v.                              :   ECF Case
                                        :
PERKINELMER, INC. and                   :
PERKINELMER LIFE SCIENCES, INC.,        :
                                        :
                Defendants,             :
                                        :
and,                                    :
                                        :
YALE UNIVERSITY,                        :
                                        :
                Nominal Defendant       :
-------------------------------------------------------------x
```

## NOTICE OF RE-SCHEDULED DEPOSITION

**PLEASE TAKE NOTICE** in accordance with Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the oral deposition of Amersham plc on February 5, 2014 at 10:00 a.m. at the offices of Greenberg Traurig LLP, MetLife Building, 200 Park Avenue, New York, NY 10166, through the officer(s), director(s), agent(s), or such other person(s) with the most knowledge concerning the topics identified in Schedule B appended to the Subpoena to Testify at a Deposition in a Civil Action issued to Amersham plc in this action.  The deposition will take place before a notary public or other officer authorized to administer oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will be recorded by stenographic and/or videographic means.  The deposition will continue from day to day until complete, excluding Saturdays, Sundays and holidays.

You are invited to attend and to cross-examine the witness.

Dated: New York, New York
February 3, 2014

                         COUSINS CHIPMAN & BROWN, LLP

                         By:  */s/ Adam D. Cole*
                                Adam D. Cole
                         380 Lexington Avenue
                         17th Floor
                         New York, New York 10168
                         cole@ccbllp.com
                         Tel:    (212) 551-1152
                         Fax:   (302) 295-0199

                         *Co-Counsel for Plaintiffs*
                         *Enzo Biochem, Inc. and*
                         *Enzo Life Sciences, Inc.*