UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC. | No. 03-CV-3817 (RJS) |
| Plaintiffs, | |
| v. | |
| PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC. | |
| Defendants. | |

## MOLECULAR PROBES, INC.'S CROSS-MOTION FOR AWARD OF COSTS

Pursuant to Fed.R.Civ.P. 45, third-party Molecular Probes, Inc. ("MPI"), move this Court for an order requiring Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") to remit to MPI all costs associated with MPI's unnecessary and avoidable travel to Eugene, Oregon, on January 20, 2014 for a document production cancelled by Enzo. This Motion is supported by the Memorandum and Declaration of Kristine E. Johnson filed concurrently herewith.

Dated:  February 7, 2014.

        Respectfully submitted,

        */s/ Kristine E. Johnson*
        FRANCIS M. WIKSTROM (admitted *pro hac vice* in Civil No. 03-CV-3816(RJS))
        Utah State Bar No. 3462
        KRISTINE E. JOHNSON (admitted *pro hac vice*) in Civil No. 03-CV-3816(RJS))
        Utah State Bar No. 7190
        PARSONS BEHLE & LATIMER
        201 South Main Street, Suite 1800
        Salt Lake City, UT 84111
        Ph.  (801) 532-1234
        fwikstrom@parsonsbehle.com
        kjohnson@parsonsbehle.com

        KATHERINE NOLAN-STEVAUX (admitted *pro hac vice* in Civil No. 03-CV-3816(RJS))
        Cal. State Bar No. 244950
        LIFE TECHNOLOGIES CORPORATION
        1149 Chess Drive
        Foster City, CA
        Ph.  (650) 554-3584
        katherine.nolan-stevaux@lifetech.com

        *Attorneys for Third-Party Molecular Probes, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have appeared and are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule 5.2 on February 7, 2014. Any other counsel of record will be served with a true and correct copy of the foregoing by first-class mail or E-mail.

*/s/ Kristine E. Johnson*