

&lt;grassottil@gtlaw.com&gt;
02/11/2014 04:24 PM

To &lt;SullivanNYSDChambers@nysd.uscourts.gov&gt;
cc &lt;KJohnson@parsonsbehle.com&gt;,
&lt;Omar.Khan@wilmerhale.com&gt;,
&lt;William.McElwain@wilmerhale.com&gt;,
bcc
Subject Enzo Biochem v. PerkinElmer (C.A. No. 03-3817)

**MEMO ENDORSED**

Dear Judge Sullivan,

I write on behalf of Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (together "Enzo") in the above-referenced action in connection with Enzo's Motion to Compel Molecular Probes, Inc. ("MPI") to comply with the Subpoena to Testify At A Deposition In A Civil Action (Dkt. 138) (the "Motion"). MPI's opposition to the Motion included a Cross-Motion for an Award of Costs (Dkt. 147-149) (the "Cross-Motion"). Enzo respectfully requests permission to file a combined reply submission on its Motion and opposition submission on the Cross-Motion by the close of business on Thursday, February 13, 2014.

Respectfully submitted,
Lauren Grassotti


Lauren B. Grassotti
Associate
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.6765 | Fax 212.801.6400 | Cell 917.763.8053
grassottil@gtlaw.com | www.gtlaw.com

**GT GreenbergTraurig**

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

SO ORDERED.
Dated: 2/11/14
RICHARD J. SULLIVAN
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-14