UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br>     Plaintiffs, <br><br>  v. <br><br>PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC., <br><br>     Defendants. | 03 Civ. 3817 (RJS) |

## NOTICE OF DEFENDANTS' *DAUBERT* MOTION TO PRECLUDE EXPERT TESTIMONY BY DR. AREZOU AZARANI

PLEASE TAKE NOTICE that upon the Memorandum in Support of Defendants' *Daubert* Motion to Preclude Expert Testimony by Dr. Arezou Azarani, dated March 4, 2014, the accompanying Declaration of Omar A. Khan and the exhibits attached thereto, and upon all the papers and pleadings filed in this action, defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc., by the undersigned attorney, will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 37(c) and Federal Rule of Evidence 702 granting PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.'s *Daubert* Motion to Preclude Expert Testimony by Dr. Arezou Azarani.

| | |
|---|---|
| Dated: New York, New York<br>March 4, 2014 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br><br>By:  */s/ Robert J. Gunther, Jr.*<br>       Robert J. Gunther, Jr.<br>       Omar Khan<br>       7 World Trade Center<br>       250 Greenwich Street<br>       New York, NY 10007<br>       T: (212) 230-8800<br>       F: (212) 230-8888<br><br>       William G. McElwain<br>       Joshua L. Stern<br>       1801 Pennsylvania Avenue, NW<br>       Washington, DC 20006<br>       T: (202) 663-6000<br>       F: (202) 663-6363<br><br>*Attorneys for Defendants, PerkinElmer,<br>Inc. and PerkinElmer Life Sciences, Inc.* |