UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>        Plaintiffs,<br>    v.<br><br>PERKINELMER, INC. and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>        Defendants. | : : : : : : : : : : : : : | No. 03-CV-3817 (RJS)<br><br>NOTICE OF MOTION<br>*IN LIMINE* NO. 2 |

PLEASE TAKE NOTICE that upon the annexed Declaration of Roy Taub, dated March 4, 2014 (including the exhibits attached thereto), and the accompanying Memorandum of Law, Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. hereby move this Court for an Order Pursuant to Fed. R. Evid. 402, 403 and 802, precluding PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PE") from introducing argument or evidence of other claims and other lawsuits pertaining to Enzo's patents or other agreements.

Dated: March 4, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Roy Taub
   Jeffrey R. Mann
   Ronald D. Lefton
   Roy Taub
   John Elliott
   Justin MacLean
200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Plaintiffs Enzo Biochem, Inc.*
*and Enzo Life Sciences, Inc.*