UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ENZO BIOCHEM, INC. and <br> ENZO LIFE SCIENCES, INC. <br><br> Plaintiffs, <br> v. <br><br> PERKINELMER, INC. and <br> PERKINELMER LIFE SCIENCES, INC., <br><br> Defendants. | No. 03-CV-3817 (RJS) <br><br> **NOTICE OF MOTION** <br> ***IN LIMINE* NO. 3** |

---

PLEASE TAKE NOTICE that upon the annexed Declaration of Roy Taub, dated March 4, 2014 (including the exhibits attached thereto), and the accompanying Memorandum of Law, Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. hereby moves this Court for an Order Pursuant to Fed. R. Evid. 402, 403 and 802, precluding PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. from introducing argument or evidence regarding the purported impact of Enzo's restrictions on its products' use.

Dated: March 4, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:  /s/Roy Taub
　　Jeffrey R. Mann
　　Ronald D. Lefton
　　Roy Taub
　　John Elliott
　　Justin MacLean
200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Plaintiffs Enzo Biochem, Inc.*
*and Enzo Life Sciences, Inc.*