UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>　　　　　　　　Plaintiffs,<br>　　　　　v.<br><br>PERKINELMER, INC. and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 03-CV-3817 (RJS)<br><br>**NOTICE OF MOTION**<br>***IN LIMINE* NO. 4** |

---

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Roy Taub, dated March 4, 2014 (including the exhibits attached thereto), and the accompanying Memorandum of Law, Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. hereby moves this Court for an Order Pursuant to Fed. R. Evid. 401, 402 and 403, precluding PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. from introducing argument or evidence concerning specific compensation information.

Dated: March 4, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Roy Taub
　　　　　　　　　　　　　　　　　　　　　　Jeffrey R. Mann
　　　　　　　　　　　　　　　　　　　　　　Ronald D. Lefton
　　　　　　　　　　　　　　　　　　　　　　Roy Taub
　　　　　　　　　　　　　　　　　　　　　　John Elliott
　　　　　　　　　　　　　　　　　　　　　　Justin MacLean
　　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　　　(212) 801-9200

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Enzo Biochem, Inc.*
　　　　　　　　　　　　　　　　　　　　　　*and Enzo Life Sciences, Inc.*