UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC., <br><br> Defendants. | 03 Civ. 3817 (RJS) |

### NOTICE OF PERKINELMER'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE that upon the Memorandum in Support of PerkinElmer's Motions *In Limine*, dated March 4, 2014, the accompanying Declaration of Omar A. Khan and the exhibits attached thereto, and upon all the papers and pleadings filed in this action, defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc., by the undersigned attorney, will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 37(c) and Federal Rules of Evidence 403 and 408 granting PerkinElmer's Motions *In Limine*.

Dated: New York, New York  
      March 4, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  */s/ Robert J. Gunther, Jr.*
     Robert J. Gunther, Jr.
     Omar Khan
     7 World Trade Center
     250 Greenwich Street
     New York, NY 10007
     T: (212) 230-8800
     F: (212) 230-8888

     William G. McElwain
     Joshua L. Stern
     1801 Pennsylvania Avenue, NW
     Washington, DC 20006
     T: (202) 663-6000
     F: (202) 663-6363

     *Attorneys for Defendants, PerkinElmer,*
     *Inc. and PerkinElmer Life Sciences, Inc.*