UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>Plaintiffs,<br>v.<br><br>PERKINELMER, INC. and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | No. 03-CV-3817 (RJS)<br><br>**DECLARATION OF JOHN ELLIOTT IN OPPOSITION TO PERKINELMER'S *DAUBERT* MOTION TO PRECLUDE THE TESTIMONY OF DR. <u>GREGORY BELL</u>** |

I, JOHN J. ELLIOTT, declare as follows:

1. I am an associate in the New York office of Greenberg Traurig LLP, located at 200 Park Avenue, New York, NY 10166. I submit this declaration in support of Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s (collectively, "Enzo") Opposition to Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.'s ("PE") *Daubert* motion to preclude the testimony of Dr. Gregory Bell, and in opposition to PE's request for a pre-motion conference regarding its motion to strike the February 28, 2014 supplemental Expert Report of Dr. Gregory Bell. This declaration is based upon facts of which I have personal knowledge. If called upon as a witness, I could and would testify competently to these facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Distributorship Agreement between Enzo and NEN Life Sciences Products, Inc., effective January 1, 1999.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Howard J. Stump, taken on January 15, 2014.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Gregory K. Bell, Ph.D., taken February 28, 2014.

*NY 243654815v3*

     5.     Attached hereto as **Exhibit 4** is a true and correct copy of Schedule B to the Expert Report of Gregory K. Bell, Ph.D., dated February 27, 2014.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: March 7, 2014                                                          /s/ John J. Elliott
                                                                                            John J. Elliott