# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and<br>ENZO LIFE SCIENCES, INC.<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>PERKINELMER, INC. and<br>PERKINELMER LIFE SCIENCES, INC.,<br><br>　　　　　　　　　Defendants. | No. 03-CV-3817 (RJS)<br><br>**DECLARATION OF JUSTIN A. MACLEAN IN SUPPORT OF ENZO'S OPPOSITION TO PERKINELMER'S *DAUBERT* MOTION TO PRECLUDE THE TESTIMONY OF DR. DAVID H. SHERMAN** |

I, JUSTIN A. MACLEAN, declare as follows:

I am an associate in the New York office of Greenberg Traurig LLP, located at 200 Park Avenue, New York, NY 10166. I submit this declaration in support of Plaintiffs Enzo Biochem, Inc.'s and Enzo Life Sciences, Inc.'s (collectively, "Enzo") Opposition to PerkinElmer's *Daubert* Motion to Preclude the Testimony of Dr. David H. Sherman. This declaration is based upon facts of which I have personal knowledge. If called upon as a witness, I could and would testify competently to these facts under oath.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Dr. David H. Sherman, dated January 28, 2014, without appendices.

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Dr. David H. Sherman, taken on March 2, 2014.

Dated: March 7, 2014　　　　　　　　　　*/s/ Justin A. MacLean*
　　　　　　　　　　　　　　　　　　　　Justin A. MacLean