UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC., <br><br>Defendants, <br><br>and YALE UNIVERSITY, <br><br>Nominal Defendant. | Civ. No. 03cv3817 (RJS) <br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance on behalf of the plaintiffs, Enzo Biochem, Inc. and Enzo Life Sciences, Inc., in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
      March 7, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Alena Benowich
    Alena Benowich
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (facsimile)
benowicha@gtlaw.com

*Attorneys for Plaintiffs*