USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al*

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al*

                Plaintiffs,

-v-

LIFE TECHNOLOGIES CORP.,

                Movant,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 14 Civ. 1409 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Now before the Court are two letters, both dated March 5, 2014, regarding a motion to quash a third-party subpoena that was previously issued by Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") and served on Life Sciences, Inc. (now Thermo-Fisher, Inc.), which is also the parent company of Ambion, Inc. (collectively, "Ambion"). (Doc. Nos. 183 & 186.) On January 23, 2014, Ambion filed a motion to quash the subpoena in the

United States District Court for the Central District of California. The motion was transferred to the Southern District of New York and assigned to my docket on March 5, 2014, because the motion arises from Enzo's attempts to obtain third-party discovery related to the impending trial in *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al.*, No. 13 Civ. 3817 (RJS).

The letter from Enzo seeks an exception to the joint letter requirement set forth in Rule 2.G of the Court's Individual Practices, and seeks leave to file a response to Ambion's motion to quash. (Doc. No. 183.) The letter from Ambion suggests that the Court disallow any further proceedings with respect to the subpoena, in part because of the impending March 18, 2014, trial date. However, the Court has adjourned the trial without date (Doc. No. 190). Accordingly, IT IS HEREBY ORDERED THAT the Enzo shall respond to Ambion's motion to quash by March 13, 2014. Ambion's reply, if any, shall be limited to five pages and submitted no later than March 17, 2014.

SO ORDERED.

DATED: March 10, 2014
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE