UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERKINELMER, INC. and PERKINELMER LIFE SCIENCES, INC., <br><br> Defendants. | 03 Civ. 3817 (RJS) |

**SUPPLEMENTAL DECLARATION OF OMAR A. KHAN IN SUPPORT OF PERKINELMER'S REPLY IN SUPPORT OF ITS *DAUBERT* MOTION TO PRECLUDE THE TESTIMONY OF DR. DAVID SHERMAN**

I, Omar A. Khan, declare as follows:

1. I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age and have never been convicted of a felony. I am of counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and admitted to practice in New York. I represent Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively, "PerkinElmer").

2. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the transcript of the March 2, 2014 deposition of Dr. David Sherman.

3. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Richard Rankin Sinden, Ph.d, In Support of Enzo's Opposition to Defendants' Renewed Joint Motion for Summary Judgment in the *Enzo Biochem, et al., v. Amersham PLC, et al.,* matter, filed December 13, 2011.

4. Attached hereto as Exhibit 21 is a true and correct copy of the Complaint filed in *Enzo Biochem, et al., v. PerkinElmer, et al.,* filed May 28, 2003.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2014

*/s/ Omar A. Khan*

Omar A. Khan