AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

**APPEARANCE**

Case Number: 1:03-cv-03817 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Enzo Biochem, Inc. and Enzo Life Sciences, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/5/2014 | _/s/ Anna D. DiGabriele_ |
| Date | Signature |

| | |
|---|---|
| Anna D. DiGabriele | AD7825 |
| Print Name | Bar Number |

527 Madison Avenue
Address

| | | |
|---|---|---|
| New York | NY | 10022 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 583-0100 | (212) 583-0150 |
| Phone Number | Fax Number |