UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: *5/9/14*

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC.,

                Defendant.

No. 03 Civ. 3816 (RJS)
MEMORANDUM AND ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
MEMORANDUM AND ORDER

ROCHE DIAGONOSTICS GMBH, *et al.*,

                Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

                Defendants.

No. 04 Civ. 4046 (RJS)
MEMORANDUM AND ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT Greenberg Traurig's motions to withdraw as counsel of record for Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") are GRANTED for the reasons set forth in a sealed Order dated May 9, 2014.  IT IS FURTHER

ORDERED THAT Greenberg Traurig's withdrawal as counsel of record does not affect its possession of a charging lien, the monetary value of which will be determined at a later date. Given the presumption in favor of open records applicable to court documents as articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), a redacted version of the May 9, 2014 Order currently under seal will be publicly docketed in due course.

To minimize the prejudice to the opposing parties in the remaining Enzo matters (No. 03 Civ. 3816, *Enzo Biochem, Inc., et al. v. Molecular Probes, Inc.* ("*MPI*"), No. 03 Civ. 3817, *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al.* ("*PerkinElmer*"), No. 04 Civ. 4046, *Roche Diagnostics GMBH, et al. v. Enzo Biochem, Inc., et al.* ("*Roche*")), the Court intends to proceed with these cases without unnecessary delay. Accordingly, IT IS FURTHER ORDERED THAT these cases shall be stayed for thirty days in order for Enzo to retain new counsel. After Enzo's new counsel has entered an appearance, the Court will set a schedule for the *Roche* and *MPI* matters. Trial in the *PerkinElmer* matter will commence on June 30, 2014.

SO ORDERED.

DATED:      May 9, 2014
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE