UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/14

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

MOLECULAR PROBES, INC.,

          Defendant.

No. 03 Civ. 3816 (RJS)
MEMORANDUM AND ORDER

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

         Defendants.

No. 03 Civ. 3817 (RJS)
MEMORANDUM AND ORDER

ROCHE DIAGONOSTICS GMBH, *et al.*,

          Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

         Defendants.

No. 04 Civ. 4046 (RJS)
MEMORANDUM AND ORDER

RICHARD J. SULLIVAN, District Judge:

      In a sealed Order dated May 9, 2014, the Court granted Greenberg Traurig's motions to withdraw as counsel of record for Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") in each of the three related matters pending before the Court. The Court directed Enzo

and Greenberg Traurig to jointly submit a proposed redacted version of the Order for public docketing, as well as proposed redacted versions of a series of letters submitted to the Court via email at the end of April. The Court has reviewed the limited proposed redactions to these documents and finds that, in light the need "to prevent a party from being prejudiced by the application of counsel to withdraw," *see Weinberger v. Provident Life & Cas. Ins. Co.*, No 97 Civ. 9262 (JGK), 1998 WL 898309, at *1 (S.D.N.Y. Dec. 23, 1998), the parties have overcome the presumption in favor of open records articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Accordingly, IT IS HEREBY ORDRED THAT the parties shall docket the proposed redacted documents and confirm that the unredacted versions have been filed under seal.

SO ORDERED.

DATED:   May 19, 2014
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE