

jeberhard@gairlawgroup.com
312.600.4904 direct

April 30, 2014

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007
    *SullivanNYSDChambers@nysd.uscourts.gov*


    Re:    Enzo Biochem, Inc. v. Molecular Probes, Inc. – 03 Civ. 3816 (RJS)
            Enzo Biochem, Inc. v. PerkinElmer, Inc. – 03 Civ. 3817 (RJS)
            Affymetrix, Inc. v. Enzo Biochem, Inc. – 03 Civ. 8907 (RJS)
            Enzo Life Sciences v. Affymetrix, Inc. – 04 Civ. 1555 (RJS)
            Roche Diagnostics GmbH, v. Enzo Biochem, Inc. – 04 Civ. 4046 (RJS)


Dear Judge Sullivan:

Enzo writes in response to GT's letter dated April 30. In its letter dated April 29, 2014, Enzo stated clearly that it deems GT's representation terminated. In response, GT requests that the Court nevertheless grant its Motion to Withdraw because Enzo failed to mention the *Roche* and *Molecular Probes* cases in its letter. To clarify, Enzo deems GT's representation terminated as to <u>all</u> of the above-captioned cases, including the *Roche* and *Molecular Probes* cases. Thus, the Motion to Withdraw is moot.

Enzo further disagrees with GT's assertions regarding the appropriateness of the letters it sent to the defendants yesterday, and believes GT's actions speak for themselves and do not warrant further discussion at this point.

Respectfully,

*[signature]*

Jeffrey S. Eberhard


    Copy:   Michael C. Miller, Esq. (counsel for Greenberg Traurig, LLP)