UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
ENZO BIOCHEM, INC., et al.,                                      :
                                                                 :
                                Plaintiffs,                      :
                                                                 :    No. 03 Civ. 3816 (RJS)
        - against -                                              :
                                                                 :
MOLECULAR PROBES, INC., et al.,                                  :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ENZO BIOCHEM, INC., et al.,                                      :
                                                                 :
                                Plaintiffs,                      :
                                                                 :    No. 03 Civ. 3817 (RJS)
        - against -                                              :
                                                                 :
PERKINELMER, INC., et al.,                                       :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ROCHE DIAGNOSTICS GMBH, et al.,                                  :
                                                                 :
                                Plaintiffs,                      :
                                                                 :    No. 04 Civ. 4046 (RJS)
        - against -                                              :
                                                                 :
ENZO BIOCHEM, INC., et al.,                                      :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

**NOTICE OF APPEARANCE OF SCOTT M. BERMAN**

PLEASE TAKE NOTICE that Scott M. Berman, Esq. of Friedman Kaplan Seiler & Adelman LLP hereby enters an appearance on behalf of Enzo Biochem, Inc. and Enzo Life

2952351.1

Sciences, Inc. in the above-captioned actions and demands that all papers in these actions be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
May 29, 2014

                FRIEDMAN KAPLAN SEILER &
                 ADELMAN LLP

                By:   /s/ Scott M. Berman
                     Scott M. Berman, Esq. (SB 4023)
                7 Times Square
                New York, New York  10036-6516
                Telephone:    (212) 833-1120
                Facsimile:     (212) 373-7920
                E-mail:        sberman@fklaw.com

2952351.1