UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                    :

ENZO BIOCHEM, INC., *et al.*,            :

                        Plaintiffs,   :
                                    :   No. 03 Civ. 3816 (RJS)
       - against -                :

MOLECULAR PROBES, INC., *et al.*,  :

                        Defendants.  :

------------------------------------------------------------------X

ENZO BIOCHEM, INC., *et al.*,            :

                       Plaintiffs,   :
                                    :   No. 03 Civ. 3817 (RJS)
       - against -                :

PERKINELMER, INC., *et al.*,         :

                        Defendants.  :

------------------------------------------------------------------X

ROCHE DIAGNOSTICS GMBH, *et al.*, :

                       Plaintiffs,   :
                                    :   No. 04 Civ. 4046 (RJS)
       - against -                :

ENZO BIOCHEM, INC., *et al.*,            :

                        Defendants.  :

------------------------------------------------------------------X

## **NOTICE OF APPEARANCE OF PHILIPPE ADLER**

        PLEASE TAKE NOTICE that Philippe Adler, Esq. of Friedman Kaplan Seiler & Adelman LLP hereby enters an appearance on behalf of Enzo Biochem, Inc. and Enzo Life

Sciences, Inc. in the above-captioned actions and demands that all papers in these actions be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
        May 29, 2014

                      FRIEDMAN KAPLAN SEILER &
                        ADELMAN LLP

                      By:   /s/ Philippe Adler
                          Philippe Adler, Esq. (PA 5626)
                      7 Times Square
                      New York, New York  10036-6516
                      Telephone:   (212) 833-1119
                      Facsimile:   (212) 373-7919
                      E-mail:   padler@fklaw.com

2952352.1