UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al*

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14
```

No. 03 Civ. 3817 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On March 5, 2014, the Court issued an order adjourning the trial – then scheduled for March 18, 2014 – in the above-referenced matter without date. (Doc. No. 190.) At the time the Court adjourned the trial, the parties had already filed most of their pre-trial submissions. (*See id.*) Shortly thereafter, on March 17, 2014, counsel for Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") moved to withdraw as counsel of record in this case and in each of the related matters pending before the Court (collectively "the Enzo matters"). (Doc. No. 223.) In an Order dated May 9, 2014, the Court granted these motions to withdraw and stayed the Enzo matters for thirty days to allow Enzo to retain new counsel. (Doc. No. 252.) In the same Order, the Court rescheduled trial in the above-referenced matter for June 30, 2014. (*Id.*) On May 12, 2014, Jonathan Caplan, Michael Dell, and Paul Schoeman of Kramer, Levin, Naftalis, and Frankel, LLP filed notices of appearance on behalf of Enzo. (Doc. Nos. 253–255.) Accordingly, IT IS HEREBY ORDERED THAT the parties attend a pre-trial conference on June 20, 2014 at 3:30 p.m. IT IS FURTHER ORDERED THAT the parties shall jointly submit an update, no later than June 11, 2014 and not to exceed five pages single-spaced, indicating

whether the parties have resolved any of their disputes contained in the following documents and submissions: (1) the voir dire, jury charge, verdict form, and pre-trial order (including the objections to the exhibits listed in the pre-trial order); (2) the five separate motions in limine; (3) the four separate *Daubert* motions to preclude expert testimony; (4) the contemplated motion to quash a third-party subpoena; and (5) the outstanding motions to strike supplemental expert reports filed on March 2, 2014.

SO ORDERED.

DATED:  May 28, 2014
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE