UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Enzo Biochem, Inc..                Plaintiff,        Case No. 03cv3817 (RJS)

-against-

PerkinElmer, Inc.                  Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Philippe Adler**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PA5626        My State Bar Number is 2329878

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
            FIRM ADDRESS: 1633 Broadway, NY, NY 10019
            FIRM TELEPHONE NUMBER: 212-833-1100
            FIRM FAX NUMBER: 212-833-1250

NEW FIRM:   FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
            FIRM ADDRESS: 7 Times Square, NY, NY 10036
            FIRM TELEPHONE NUMBER: 212-833-1100
            FIRM FAX NUMBER: 212-833-1250

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/4/14                      /s/ Philippe Adler
                                   ATTORNEY'S SIGNATURE