June 11, 2014

**By Email**

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al.*, No. 03 Civ. 3817 (RJS)

Dear Judge Sullivan:

      Pursuant to the Court's order dated May 28, 2014 (Dkt. No. 267), we are writing to confirm that the referenced action is settled subject to agreement between the plaintiffs and prior counsel, Greenberg Traurig LLP ("GT"), to a suitable escrow agreement to hold a portion of the settlement proceeds pending resolution of GT's charging lien, and to a release by GT of defendants of any claims relating to the settlement agreement.

      In light of the settlement and the extensive negotiations undertaken to reach it, the parties have not attempted to resolve any of the disputes that are pending before the Court.  Under the settlement agreement, the defendants are obligated to make a payment by July 2, 2014, after which suitable stipulations of dismissal will be promptly filed.  Upon final execution of the settlement agreement, the parties will immediately notify the Court so that the case can be taken off the Court's trial calendar.

Respectfully yours,

| By:  /s/ Michael J. Dell | By:  /s/ Robert J. Gunther, Jr. |
|---|---|
| Michael J. Dell | Robert J. Gunther, Jr. |
| KRAMER LEVIN NAFTALIS | WILMERHALE LLP |
|    & FRANKEL LLP | 7 World Trade Center |
| 1177 Avenue of the Americas | 250 Greenwich Street |
| New York, NY  10036 | New York, NY 10007 |
| | |
| *Attorney for Enzo Biochem, Inc. and* | *Attorney for PerkinElmer, Inc. and* |
| *Enzo Life Sciences, Inc.* | *PerkinElmer Life Sciences, Inc.* |