June 19, 2014

**By Email**

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Enzo Biochem, Inc., et al. v. PerkinElmer, Inc., et al.*, No. 03 Civ. 3817 (RJS)

Dear Judge Sullivan:

    Pursuant to the Court's order dated June 16, 2014 (Dkt. No. 281), we are pleased to inform the Court that the parties have reached agreement on a settlement of the above-referenced matter and will be executing the agreement by tomorrow. We expect that the parties will be filing a notice of dismissal with prejudice tomorrow, or on Monday, June 23rd at the latest.

    Thank you for your consideration.

Respectfully yours,

| | |
|---|---|
| By: /s/ Michael J. Dell | By: /s/ Robert J. Gunther, Jr. |
| Michael J. Dell | Robert J. Gunther, Jr. |
| KRAMER LEVIN NAFTALIS | WILMERHALE LLP |
|    & FRANKEL LLP | 7 World Trade Center |
| 1177 Avenue of the Americas | 250 Greenwich Street |
| New York, NY 10036 | New York, NY 10007 |
| | |
| *Attorney for Enzo Biochem, Inc. and* | *Attorney for PerkinElmer, Inc. and* |
| *Enzo Life Sciences, Inc.* | *PerkinElmer Life Sciences, Inc.* |