UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PERKINELMER, INC., ET AL., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 03-CV-3817 (RJS)<br><br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that all claims by Enzo Biochem Inc., and Enzo Life Sciences, Inc. (formerly known as Enzo Diagnostics, Inc.) against PerkinElmer, Inc. and PerkinElmer Health Sciences, Inc. (formerly known as PerkinElmer Life Sciences, Inc.) shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that all claims by PerkinElmer, Inc. and PerkinElmer Health Sciences, Inc. (formerly known as PerkinElmer Life Sciences, Inc.) against Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (formerly known as Enzo Diagnostics, Inc.) shall be, and hereby are, dismissed with prejudice and without fees and costs;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation is without prejudice to Enzo Biochem, Inc. and Enzo Life Sciences, Inc.'s rights to appeal in any other action;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in separate multiple counterparts, each of which shall be deemed to be an original.  Signatures provided through email or facsimile are deemed to be the equivalent of originals for filing purposes.

Dated: June 20, 2014
      New York, New York

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | WILMERHALE LLP |
|---|---|
| By: /s/ Michael J. Dell<br>Michael J. Dell<br>mdell@kramerlevin.com<br>*Attorneys for Plaintiffs*<br>*Enzo Life Sciences, Inc. and*<br>*Enzo Biochem, Inc.*<br>1177 Avenue of Americas<br>New York, NY  10036<br>(212) 715-9100 | By: /s/ Robert J. Gunther, Jr.<br>Robert J. Gunther, Jr.<br>Robert.Gunther@wilmerhale.com<br>*Attorneys for Defendants*<br>*PerkinElmer, Inc. and PerkinElmer Health*<br>*Sciences, Inc.*<br>250 Greenwich Street<br>New York, NY  10007<br>(212) 230-8830 |